**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000148**
**16-JUN-2022**
**08:00 AM**
**Dkt. 76 OGMD**

NO. CAAP-19-0000148


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HONOKAʻA PLANTATION COTTAGES, LLC,
Petitioner-Appellant-Appellant,
v.
MICHAEL YEE, PLANNING DIRECTOR, COUNTY OF HAWAIʻI,
Respondent-Appellee-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC181000152)


**ORDER**
(By:  Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the motions to dismiss appeal filed by Petitioner-Appellant-Appellant Honokaʻa Plantation Cottages, LLC on May 27, 2022, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) pursuant to Rule 42(b) of the Hawaiʻi Rules of Appellate Procedure, all parties appearing in the appeal have stipulated to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the motions to dismiss appeal are granted, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, June 16, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge